United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>ICE SPLASH, INC.,<br><br>        Defendant. | Case No. 21-cv-02353-BLF<br><br>**ORDER TO SHOW CAUSE** |

No filings have been made in this case since Defendant Ice Splash Inc. filed an answer to the complaint on June 3, 2021. ECF No. 13. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **on or before November 12, 2021**, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 28, 2021

_____
BETH LABSON FREEMAN
United States District Judge